IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY GENO MARTINSON,

    Plaintiff,

v.

HINESVILLE POLICE DEPARTMENT,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-27

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 4, 2022, Report and Recommendation, (doc. 12), to which plaintiff has not filed an objection.[1] The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Motion for Default Judgment, (doc. 11), is **DENIED**, and the Complaint, (doc. 1), is **DISMISSED**. All pending motions are **DISMISSED** as moot. (Doc. 9.)  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 27th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Court's mailing was returned as undeliverable. (See doc. 13, p.1.)  Martinson's failure to notify the Court of any change in address provides another reason for dismissal.  See Local R. 11.