AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ANTHONY GENO MARTINSON,

    Plaintiff,

                                         JUDGMENT IN A CIVIL CASE

                   **V.**                         CASE NUMBER: 4:22-cv-27

HINESVILLE POLICE DEPARTMENT,

    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered on May 27, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is dismissed and this case stands closed.

Approved by: _____

June 7, 2022
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*



*(By) Deputy Clerk*

GAS Rev 10/2020